ORIGINAL

1  ARNOLD & PORTER LLP
   MICHAEL A. BERTA (CA BAR NO. 194650)
2  RYAN J. CASAMIQUELA (CA BAR NO. 228559)
   RACHEL L. CHANIN (CA BAR NO. 229253)
3  Three Embarcadero Center, 10th Floor
   San Francisco, CA 94111-4024
4  Telephone:    415.471.3100
   Facsimile:    415.471.3400
5  Email: michael.berta@aporter.com
   Email: ryan.casamiquela@aporter.com
6  Email: rachel.chanin@aporter.com

7  *Attorneys for Non-Party Adobe Systems, Inc.*

**Filed**

MAR 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
MAR 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

OPTIMIZE TECHNOLOGY SOLUTIONS, LLC,

  Plaintiff,

  vs.

STAPLES, INC., ET AL.,

  Defendants.

Misc. Case No. CV14 80095 MISC. LHK HRL

[Related to Pending Action in the U.S. District Court for the Eastern District of Texas, Case No. 2:11-CV-419-JRG]

**ADOBE SYSTEMS INCORPORATED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. RULE CIV. P. 7.1**

34632695v2



ADOBE'S CORPORATE DISCLOSURE STATEMENT

1  Adobe submits the following statement of its corporate interests and affiliations pursuant to
2  Rule 7.1 of the Federal Rules of Civil Procedure: (1) Adobe is a publicly held corporation;
3  (2) Adobe does not have any parent corporation; and (3) no publicly held corporation owns ten
4  percent or more of Adobe's stock.

5

6  Dated: March 25, 2014

ARNOLD & PORTER LLP
MICHAEL A. BERTA
RYAN J. CASAMIQUELA
RACHEL L. CHANIN

By: /s/ Rachel L. Chanin
RACHEL L. CHANIN

Attorneys for Non-Party
ADOBE SYSTEMS INCORPORATED

34632695v2

- 1 -
ADOBE'S CORPORATE DISCLOSURE STATEMENT