ARNOLD & PORTER LLP
MICHAEL A. BERTA (CA BAR NO. 194650)
RYAN J. CASAMIQUELA (CA BAR NO. 228559)
RACHEL L. CHANIN (CA BAR NO. 229253)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400
Email: michael.berta@aporter.com
Email: ryan.casamiquela@aporter.com
Email: rachel.chanin@aporter.com

*Attorneys for Non-Party Adobe Systems, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STAPLES, INC., ET AL., <br><br> Defendants. | Misc. Case No. CV14 80095 MISC. HRL <br><br> [Related to Pending Action in the U.S. District Court for the Eastern District of Texas, Case No. 2:11-CV-419-JRG] <br><br> **ADOBE SYSTEMS INCORPORATED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Filed MAR 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED MAR 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

34632708v2

ADOBE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civ. L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 25, 2014

ARNOLD & PORTER LLP
MICHAEL A. BERTA
RYAN J. CASAMIQUELA
RACHEL L. CHANIN

By: _____
RACHEL L. CHANIN

Attorneys for Non-Party
ADOBE SYSTEMS INCORPORATED

34632708v2

- 1 -
ADOBE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS