ORIGINAL

**ARNOLD & PORTER LLP**
MICHAEL A. BERTA (CA BAR NO. 194650)
RYAN J. CASAMIQUELA (CA BAR NO. 228559)
RACHEL L. CHANIN (CA BAR NO. 229253)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:    415.471.3400
Email: michael.berta@aporter.com
Email: ryan.casamiquela@aporter.com
Email: rachel.chanin@aporter.com

*Attorneys for Non-Party Adobe Systems Incorporated*

RECEIVED
MAR 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

CV 14 80095 MISC. HRL

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STAPLES, INC., ET AL.,<br><br>Defendants. | Misc. Case No. _____<br><br>[Related to Pending Action in the U.S. District Court for the Eastern District of Texas, Case No. 2:11-CV-419-JRG]<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER IN RESPONSE TO OPTIMIZE'S DOCUMENT AND DEPOSITION SUBPOENAS** |



---

[PROPOSED] ORDER GRANTING ADOBE'S MOTION TO QUASH AND FOR A
PROTECTIVE ORDER

Based on the motion submitted, the declaration thereto, the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

This Court hereby GRANTS Adobe Systems, Incorporated ("Adobe") motion to quash in their entirety (1) the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in Civil Action to Non-Party Adobe ("Document Subpoena") issued by Plaintiff Optimize Technology Solutions LLC ("Optimize"); and (2) the Subpoena to Testify at Deposition to Non-Party Adobe ("Deposition Subpoena") issued by Plaintiff Optimize. Further, this Court hereby GRANTS Adobe's motion for a protective order precluding Adobe from having to further respond to Optimize's Document Subpoena or Deposition Subpoena.

**IT IS SO ORDERED**

DATED _____, 2014

_____
U.S. District Court Judge

---

[PROPOSED] ORDER GRANTING ADOBE'S MOTION TO QUASH AND FOR A PROTECTIVE ORDER