```
ARNOLD & PORTER LLP
MICHAEL A. BERTA (CA BAR NO. 194650)
RYAN J. CASAMIQUELA (CA BAR NO. 228559)
RACHEL L. CHANIN (CA BAR NO. 229253)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   415.471.3100
Facsimile:   415.471.3400
Email: michael.berta@aporter.com
Email: ryan.casamiquela@aporter.com
Email: rachel.chanin@aporter.com
```

*Attorneys for Non-Party Adobe Systems, Inc.*

**Filed**

MAR 2 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**RECEIVED**
MAR 2 5 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

CV 14  80095  MISC.  LHK

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> STAPLES, INC., ET AL., <br><br> Defendants. | Misc. Case No. _____ <br><br> [Related to Pending Action in the U.S. District Court for the Eastern District of Texas, Case No. 2:11-CV-419-JRG]   HRL <br><br> **CERTIFICATE OF SERVICE** |



---

CERTIFICATE OF SERVICE

# CERIFICATE OF SERVICE

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Tenth Floor, San Francisco, California 94111-4024. On March 25, 2014, I served the following document(s) described as follows:

1. ADMINISTRATIVE MOTION TO FILE UNDER SEAL FOR EXHIBITS RELATED TO NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER IN RESPONSE TO OPTIMIZE'S DOCUMENT AND DEPOSITION SUBPOENAS;

2. DECLARATION OF RACHEL L. CHANIN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS RELATED TO NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER;

3. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL FOR EXHIBITS RELATED TO NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER IN RESPONSE TO OPTIMIZE'S DOCUMENT AND DEPOSITION SUBPOENAS;

4. ADOBE SYSTEMS INCORPORATED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15;

5. ADOBE SYSTEMS INCORPORATED'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. RULE CIV. P. 7.1;

6. NON-PARTY ADOBE SYSTEMS INCORPORATED'S NOTICE OF MOTION; MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER REGARDING OPTIMIZE TECHNOLOGY SOLUTION, LLC'S SUBPOENAS FOR DOCUMENTS AND TO TESTIFY AT DEPOSITION;

7. DECLARATION OF RACHEL L. CHANIN IN SUPPORT OF NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER;

8. [PROPOSED] ORDER GRANTING NON-PARTY ADOBE SYSTEMS INCORPORATED'S MOTION TO QUASH AND MOTION FOR A PROTECTIVE ORDER IN RESPONSE TO OPTIMIZE'S DOCUMENT AND DEPOSITION SUBPOENAS; AND

9. CERTIFICATE OF SERVICE

I served the document(s) on the following person(s):

## SEE ATTACHED SERVICE LIST

The documents were served by the following means:

**By Overnight Delivery/Express Mail**. I placed the sealed envelope or package for collection and delivery, following our ordinary practices. I am readily familiar with this business' practice for collecting and processing correspondence for express delivery. On the same day the correspondence is collected for delivery, it is placed for collection in the ordinary course of business

in a box regularly maintained by Federal Express or delivered to a courier or driver authorized by Federal Express to receive documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on March 25, 2014.

_____
Jane Rustice

## Service List

### For Plaintiff Optimize Technology Solutions:

Steven Robert Sprinkle
**Sprinkle IP Law Group - Austin**
1301 W. 25th Street
Suite 408
Austin, TX 78705

### For Defendants Dillard's, Inc., J.C. Penny Corporation and Staples, Inc.:

Klaus H Hamm
**Klarquist Sparkman LLP**
121 SW Salmon Street
Suite 1600
Portland, OR 97204

### For Defendant Recreational Equipment Inc.

Daniel A Cohen
**Kasowitz Benson Torres & Friedman LLP**
1349 W Peachtree Street, NW
Suite 1500
Atlanta, GA 30309

### For Defendant HSN

Joseph R. Lanser
**SEYFARTH SHAW LLP**
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603

34633119v1