SPRINKLE IP LAW GROUP, P.C.
Elizabeth J. Brown Fore (CA Bar No. 200471)
1301 West 25th Street, Suite 408
Austin, Texas  78705
Telephone:  (512) 637-9220
Facsimile:  (512) 371-9088
E-mail:  ebrownfore@sprinklelaw.com
Attorney for Plaintiff
Optimize Technology Solutions, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC,<br>    a Texas Corporation<br><br>        Plaintiff,<br>  v.<br><br>STAPLES, INC., et al.<br>    a Delaware Corporation<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Misc. Case No.: 5:14-mc-80095-LHK<br><br>[Related to Pending Action in the United States District Court for the Eastern District of Texas Civil Action No.: 2:11-CV-419-JRG]<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE – ELIZABETH J. BROWN FORE FOR PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**

Notice is hereby given that attorney Elizabeth J. Brown Fore enters her appearance in this matter as counsel for Plaintiff Optimize Technology Solutions, LLC, for the purpose of receiving notices from the Court.

Dated: March 31, 2014    Respectfully submitted,

SPRINKLE IP LAW GROUP, P.C.


By  */s/ Elizabeth J. Brown Fore*
      Elizabeth J. Brown Fore

Attorney for Plaintiff
OPTIMIZE TECHNOLOGY SOLUTIONS, LLC

**NOTICE OF APPEARANCE – ELIZABETH J. BROWN FORE FOR PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2014, true and correct copies of the foregoing document were served via the Court's electronic filing system, E-mail and/or U.S. First Class Mail on the following:

Michael A. Berta (CA BAR NO. 194650)
Ryan J. Casamiquela (CA BAR NO. 228559)
Rachel Chanin (CA BAR NO. 229253)
ARNOLD & PORTER, LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:     415.471.3100
Facsimile:      415.471.3400
Email: michael.berta@aporter.com
Email: ryan.casamiquela@aporter.com
Email: Rachel.chanin@aporter.com

Jeffrey S. Love
Klaus H. Hamm
Derrick W. Toddy
Todd M. Siegel
Carla Todenhagen
Robert T. Cruzen
Garth A. Winn
J. Christopher Carraway
Terrence A. McMillin
Elisabeth V. Bechtold
Xavier A. Clark
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
jeffrey.love@klarquist.com
klaus.hamm@klarquist.com
derrick.toddy@klarquist.com
todd.siegel@klarquist.com
carla.todenhagen@klarquist.com
rob.cruzen@klarquist.com
garth.winn@klarquist.com
terry.mcmillin@klarquist.com
eliza.bechtold@klarquist.com
xavier.clark@klarquist.com

Joseph R. Lanser
Patrick T. Muffo
Michael R. Levinson

**NOTICE OF APPEARANCE – ELIZABETH J. BROWN FORE FOR PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**

1  SEYFARTH SHAW LLP
   131 South Dearborn Street, Suite 2400
2  Chicago, IL  60603
   jlanser@seyfarth.com
3  pmuffo@seyfarth.com
   mlevinson@seyfarth.com
4
5  E. Glenn Thames, Jr.
   J. Matt Rowan
6  POTTER MINTON
   110 N. College Avenue, Suite 500
7  Tyler, TX  75702
8  glennthames@potterminton.com
   mattrowan@potterminton.com
9
10 Brian L. Michaelis
   SEYFARTH SHAW LLP
11 World Trade Center East, Two Seaport Lane
   Boston, MA  02210-2028
12 bmichaelis@seyfarth.com
13
   Diane K. Lettelleir
14 J. C. PENNEY CORPORATION, INC.
   6501 Legacy Dr.
15 Plano, TX  75024
16 dlettell@jcpenney.com
17 Brian Craft
   Eric H. Findlay
18 Walter W. Lackey, Jr.
   FINDLAY CRAFT, LLP
19 6760 Old Jacksonville Hwy., Suite 101
20 Tyler, TX 75703
   bcraft@findlaycraft.com
21 efindlay@findlaycraft.com
22 wlackey@findlaycraft.com
23 Michael E. Jones
   Allen F. Gardner
24 POTTER MINTON, P.C.
25 110 N. College Avenue, Suite 500
   Tyler, TX  75702
26 mikejones@potterminton.com
27 allengardner@potterminton.com
28

**NOTICE OF APPEARANCE – ELIZABETH J. BROWN FORE FOR PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**

| | |
|---|---|
| 1 | Parker C. Ankrum |
| | L. Okey Onyejekwe, Jr. |
| 2 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 333 Twin Dolphin Drive |
| 3 | Redwood Shores, CA  94065 |
| | pankrum@kasowitz.com |
| 4 | oonyejekwe@kasowitz.com |
| 5 | |
| | Jonathan K. Waldrop |
| 6 | Jeffrey J. Toney |
| | Darcy L. Jones |
| 7 | Daniel A. Cohen |
| 8 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | 1349 West Peachtree Street N.W., Suite 1500 |
| 9 | Atlanta, GA  30309 |
| 10 | jwaldrop@kasowitz.com |
| | jtoney@kasowitz.com |
| 11 | djones@kasowitz.com |
| | dcohen@kasowitz.com. |
| 12 | |
| 13 | |
| | _/s/ Elizabeth J. Brown Fore_____ |
| 14 | Elizabeth J. Brown Fore |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**NOTICE OF APPEARANCE – ELIZABETH J. BROWN FORE FOR PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**