*E-Filed: April 10, 2014*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, | Case No. 14-mc-80095 |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| STAPLES, INC., ET AL., | [Re Docket Nos. 1, 12] |
| Defendants. | |

There are two motions currently pending before the court arising out of subpoenas issued by plaintiff Optimize Technology Solutions, LLC ("Optimize") to non-party Adobe Systems Inc. ("Adobe"). *See* Dkt. No. 1 (Motion to Quash and Motion for Protective Order); Dkt. No. 12 (Motion to Compel). Neither motion was noticed with a hearing date as required by Local Rule 7-2. The court is advised that fact discovery in the underlying case closes April 16, 2014. Accordingly, in an effort to resolve these issues prior to the close of discovery, the court *sua sponte* sets the following schedule:

- Adobe may file a response to the Motion to Compel, Dkt. No. 12, by April 14, 2014 at 10 a.m.

SCHEDULING ORDER
Case No 14-CV-80095
- 1 -

1    • The court will not consider any replies to the Motion to Quash, Dkt. No. 1, or the Motion to
2       Compel.
3    • The court will hear argument on both Motions on April 15, 2014 at 10 a.m.

6    IT IS SO ORDERED.

8    Dated: April 10, 2014



    _____
    Howard R. Lloyd
    United States Magistrate Judge

**United States District Court**
For the Northern District of California